1  BENJAMIN WAGNER
   United States Attorney
2
   JOHN VINCENT
3  Chief, Criminal Division

4  C. DAVID HALL
   Special Assistant United States Attorney
5
     450 Golden Gate Avenue, Box 36055
6    San Francisco, California 94102
     Telephone: (415) 436-7168
7
   Attorneys for Plaintiff
8

9                      UNITED STATES DISTRICT COURT

10                    EASTERN DISTRICT OF CALIFORNIA

11                          SACRAMENTO DIVISION

12

13 UNITED STATES OF AMERICA,         )   No. 209-CR-0409 JAM
                                     )
14        Plaintiff,                 )   STIPULATION OF COUNSEL TO
                                     )   CONTINUE TRIAL DATE OF
15    v.                             )   DECEMBER 5, 2011 AND EXCLUDE
                                     )   TIME UNDER THE SPEEDY TRIAL ACT
16 RONALD WESLEY GROVES, and         )
   DONALD CHARLES MANN               )
17                                   )
          Defendants.                )
18 _____

19     The parties stipulate and agree that the jury trial set for December 5, 2011 before United

20 States District Court Judge John A. Mendez should be continued to January 9, 2012, at 9 a.m.

21 Further the parties agree and stipulate that the trial confirmation hearing of November 8, 2001, be

22 continued until December 13, 2001 at 3 p.m. The parties further stipulate and agree that the ends

23 of justice are served by the Court granting a continuance from December 5, 2011, to January 9,

24 2012, because government counsel is in jury trial currently and expects that trial to continue past

25 December 5, 2011 and defense counsel Olaf Hedberg also has a trial scheduled in conflict with

26 the set trial in this matter. The parties ask that the Court find that this interest of justice

27 outweighs the interest of the public and the defendants in a speedy trial, in accordance with Title

28 //

STIP AND PROPOSED ORDER
No. 209-CR-0409 JAM

18, § 3161(b) and (h)(8)(A) for the continuity of counsel.

DATED: October 31, 2011.

                                    Respectfully submitted,

                                             /s/
                                  C David Hall
                                  Special Assistant United States Attorney
                                  Eastern District of California

SO STIPULATED:

DATED:

    /s/
Olaf W. Hedberg
Attorney for Defendant Mann

    /s/
Michael E. Hansen
Attorney for Defendant Groves

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 209-CR-0409 JAM |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| RONALD GROVES, and DONALD MANN | ) | |
| Defendants. | ) | |

GOOD CAUSE APPEARING, the Court finds that:

1. So that the parties may review discover and continuity of counsel can be maintained because of Attorneys Hall and Hedberg unavailability during the week set for trial of December 5, 2011, the ends of justice served by the granting of this continuance outweighs the interest of the public and the defendant in a speedy trial, in accordance with 18 U.S.C. § 3161 (h)(8)(A).

2. IT IS THEREFORE ORDERED that the jury trial in the above entitled matter is continued to January 9, 2012, at 9 a.m, and a new trial confirmation hearing is set for December 13, 2011 at 3 p.m., and the period of this continuance from December 5, 2011 until January 9, 2012 shall be

//

//

STIP AND PROPOSED ORDER
No. 209-CR-0409 JAM            3

1
2  excluded for the purposes of computing the time within the Speedy Trial Act.
3  SO ORDERED.
4
5  DATED:   10/31/2011
6              /s/ John A. Mendez
               JOHN A. MENDEZ
7              United States District Court Judge
8
9
10 ,
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP AND PROPOSED ORDER
No. 209-CR-0409 JAM                              4