| | |
|---|---|
| 1 | Krista Hart |
|   | Attorney at Law |
| 2 | State Bar No. 199650 |
|   | 428 J Street, #350 |
| 3 | Sacramento, CA 95818 |
|   | (916) 498-8398 |
| 4 | kristahartesq@gmail.com |
| 5 | Attorney for |
|   | Donald Mann |

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Cr.S. 09-409 JAM |
|---|---|
| Plaintiff, | ORDER APPOINTING COUNSEL FOR THE PURPOSES OF APPEAL |
| v. | |
| DONALD MANN, | |
| Defendant. | |

**GOOD CAUSE APPEARING** Attorney Krista Hart is appointed to represent Donald Mann on the direct appeal to the Ninth Circuit Court of Appeals.

DATED: 3/21/2013

/s/ John A. Mendez
The Hon. John A. Mendez
US District Court Judge