KAREN L. LANDAU, ESQ., C.S.B. 128728
Attorney at Law
2626 Harrison St.
Oakland, California 94661-0082
(510) 839-9230 (telephone)

Email: karenlandau@karenlandau.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) ORDER |
| Plaintiff, | ) APPOINTING COUNSEL |
| | ) |
| vs. | ) 09 CR 409-JAM |
| | ) |
| RONALD GROVES, | ) |
| | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT attorney Karen L. Landau is appointed to represent defendant Ronald Groves on appeal to the United States Court of Appeals for the Ninth Circuit,

Dated: March 25, 2013

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge