KAREN L. LANDAU, CSB # 128728
Attorney at Law
2626 Harrison St.
Oakland, California 94612
(510) 839-9230 (telephone)
Email: karenlandau@karenlandau.com

Attorney for Ronald Groves

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR 09-409-JAM |
|---|---|
| Plaintiff, | ) ORDER DIRECTING COURT REPORTER |
| | ) TO PREPARE AND PRODUCE TO |
| vs. | ) APPELLATE COUNSEL TRANSCRIPTS |
| | ) OF PROCEEDINGS CURRENTLY UNDER |
| RONALD GROVES, | ) SEAL |
| Defendant. | ) |

GOOD CAUSE APPEARING, Court Reporter Kelly O'Halloran

prepare and deliver to Karen L. Landau, appellate counsel under

appointment by the United States Court of Appeals for the Ninth

Circuit, a complete and full copy of the transcript of the

proceedings heard in this matter currently filed under seal.

IT IS SO ORDERED.

Dated:  May 1, 2013

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

-1-